



March 23, 2005

District of Massachusetts
1 Courthouse Way
Boston, MA 02210

05  1060  RCL

OFFICE OF THE CLERK
www.miwd.uscourts.gov

    RE:  Azubuko v. Suffolk Superior Court et al
           Our Case No. 1:05-cv-128  Hon. Richard Alan Enslen

Dear Court Personnel:

Pursuant to the enclosed Order of Transfer to the District of Massachusetts filed March 22, 2005, we are herewith sending the following:

399 Federal Bldg.
110 Michigan St., NW
Grand Rapids, MI 49503
(616) 456-2381

1.     Certified copy of Order of Transfer;

2.     Certified copy of our docket sheet; and

3.     The following documents that are not available electronically:

229 Federal Bldg.
202 W. Washington St.
Marquette, MI 49855
(906) 226-2021

       None

The remaining documents that make up the case file are available electronically. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov to obtain the information necessary to retrieve the electronic documents.

B-35 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, MI 49007
(269) 337-5706

**Please acknowledge receipt** of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,

Ronald C. Weston, Sr., Clerk

113 Federal Bldg.
315 W. Allegan St.
Lansing, MI 48933
(517) 377-1559

/s/ A. Redmond

By: Deputy Clerk

Enclosures

E-filing Help Desk:
(616) 456-2206
(800) 290-2742
ecfhelp@miwd.uscourts.gov

cc:     All counsel
       File

TRUE COPY
SIGNED ORIGINAL FILED
ELECTRONICALLY
Ronald C. Weston, Sr., C...

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHUKWUMA E. AZUBUKO,

    Plaintiff,

v.

MASSACHUSETTS SUFFOLK
SUPERIOR COURT, et al.,

    Defendants.
_____/

Hon. Richard Alan Enslen

Case No. 1:05 CV 128

## ORDER OF TRANSFER

    This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff is a citizen of Massachusetts and brings this action against the Massachusetts Suffolk Superior Court and the United States of America. In his *pro se* complaint, Plaintiff alleges that he has suffered numerous violations of his constitutional rights. The events giving rise to Plaintiff's action occurred in Brighton, Massachusetts, which is located within the geographical boundaries of the District of Massachusetts. *See* 28 U.S.C. § 102(a).

    Under the federal venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Defendants reside in the District of Massachusetts and the events giving rise to this action occurred entirely within the District of Massachusetts. The Court can discern no connection between the allegations in Plaintiff's complaint and the Western District of Michigan. Thus, venue in this matter is proper only in the District of Massachusetts.

Accordingly, it is hereby ordered that this case be transferred to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Date:  March 22, 2005                                        /s/ Ellen S. Carmody
                                                         ELLEN S. CARMODY
                                                         United States Magistrate Judge

**CERTIFIED ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Michigan on _____

RONALD C. WESTON, SR., CLERK OF COURT

By: _____ Dated: _____
      Deputy Clerk

# United States District Court
## Western District of Michigan (Grand Rapids)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00128-RAE

Azubuko v. Suffolk Superior Court et al
Assigned to: Judge Richard Alan Enslen
Cause: 42:1981 Civil Rights

Date Filed: 03/03/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**plaintiff**

**Chukwuma E. Azubuko**

represented by **Chukwuma E. Azubuko**
P.O. Box 1351
Boston, MA 02117-1351
(617) 265-6291
PRO SE

V.

**defendant**

**Suffolk Superior Court**
*Massachusetts'*

MAGISTRATE JUDGE [signature]

05 1060 RCL

**defendant**

**United States of America**
*named as " United States"*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2005 |  | COMPLAINT RECEIVED; IFP Decision Pending (cmi, ) (Entered: 02/22/2005) |
| 02/18/2005 | 1 | COMPLAINT against Suffolk Superior Court, United States of America filed by Chukwuma E. Azubuko (cmi, ) (Entered: 02/22/2005) |
| 02/18/2005 | 2 | APPLICATION TO PROCEED without prepayment of fees and affidavit (cmi, ) (Entered: 02/22/2005) |
| 03/03/2005 | 3 | ORDER granting plaintiff leave to proceed in forma pauperis; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) (Entered: 03/03/2005) |
| 03/03/2005 |  | Copy of Order to Proceed In Forma Pauperis3 sent via U.S. Mail to Chukwuma E. Azubuko (bd, ) (Entered: 03/03/2005) |
| 03/22/2005 | 4 | ORDER TRANSFERRING CASE to the District of Massachusetts; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, |

| | | |
|---|---|---|
| | cbh) (Entered: 03/22/2005) | |
| 03/22/2005 | | Copy of Order Transferring Case to Other District 4 sent via U.S. Mail to Chukwuma E. Azubuko (acr, ) (Entered: 03/22/2005) |
| 03/23/2005 | 5 | LETTER, certified copy of transfer order and certified copy of docket sheet; sent to District of Massachusetts (acr, ) (Entered: 03/23/2005) |
| 03/23/2005 | | Copy of Letter Re Transfer Case (to Other District) 5 sent via U.S. Mail to Chukwuma E. Azubuko (acr, ) (Entered: 03/23/2005) |

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By_____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date_____