UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

CHUKWUMA E. AZUBUKO,

        Plaintiff,

v.                                                                 C.A. No. 105-CV-10609-RCL

MASSACHUSETTS SUFFOLK SUPERIOR
COURT and,

UNITED STATES

        Defendants.

---

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the state defendant, Massachusetts Superior Court, Suffolk County Division.

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Balakrishna
Annapurna Balakrishna, BBO No.655051
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108-1598
(617) 727-2200, ext. 2678

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand)
on  12/29/05 .
/s/ ABalakrishna

Date:   December 29, 2005