# UNITED STATES' DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AZUBUKO ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MASSACHUSETTS' SUFFOLK ) <br> SUPERIOR COURT ET AL. - ) <br> Defendants ) | CIVIL ACTION NUMBER: <br> 1:05-CV-10609 — RCL |

## AFFIDAVIT/PROOF/RETURN OF SERVICE

Under the penalties for perjury, the Plaintiff did serve the Defendants with a copy of the Complaint and Summons. The recipients only signed for them on December 5th and 6th – 2005 respectively. [Exhibits 1 and 2]

The cost of mailing was $4.88 and the approximate cost of transportation was $5.00 each. The total cost was $9.88 each.

*[signature]*

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

Dated: Monday – January 02nd - 2006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Massachusetts
    Superior Ct
    One Pemberton
    Square
    Boston, MA 02108

Ex. 1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Paul Seelbra_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                    12/1/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    The Attorney
    General of the
    United States
    Pennsylvania Ave
    Washington D.C.
    20530

Ex 2

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest L. Pella_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   DEC 06 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7001 2510 0007 9310 5986

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540