UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHUKWUMA E. AZUBUKO, | ) |
| Plaintiff, | ) |
| | ) Civil Action:05-10609-RCL |
| v. | ) |
| | ) |
| SUFFOLK SUPERIOR COURT, ET AL., | ) |
| Defendants. | ) |

ORDER FOR DISMISSAL

LINDSAY, D.J.

    In accordance with the Memorandum and Order (#12) dated April 6, 2006, directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court

/s/ Lisa Hourihan
Deputy Clerk

Dated: April 6, 2006