UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-10609-RCL

AZUBUKO -
    Plaintiff

v.

SUFFOLK SUPERIOR COURT, ET. AL. -
    Defendants

**PLAINTIFF'S FIRST MOTION FOR RECONSIDERATION OR THREE-JUDGE DISTRICT COURT**

The Plaintiff had received the Court unsigned dismissal Order dated April 6th and 7th – 2006 on April 22nd – 2006. These would be the bases for the head despite the Court's threat of "… THAT ANY APPEAL WOULD NOT BE TAKEN IN GOOD FAITH."

01)    Indeed, the "… good faith" lent itself to numberless conclusions. It typified obstruction of justice. [18 USC Sections 2, 3 and 16] The sanction of $1,000.00 represented abuse of discretion. The Plaintiff did not kiss and should not be compelled to marry. The injunction of "… enjoined from filing further civil action …" was unconstitutional. [1st Amendment; Fifth Amendment; Eight Amendment; 13th Amendment] By and large, the Order was diametrically queer and unconstitutional. If the Plaintiff elected to appeal, he would do so. 'The Lord and the United States' Constitution are my shepherds and I will not fear any unconstitutional order.' An excerpt read:

> "Under Federal law which applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullifies. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." *Elliot v. Piersol*, 1 Pet. 328, 340, 26 U.S. 328, 340 (1826)."

02) Would it amount to legal or judicial impossibility for the anonymous competent and not outstanding court's employee or the court to compel responsive pleading from the Defendants prior to its' omnipotent ruling? Surely, discretion was resoundingly abused there! [*Matthews v. Gaither*, 902 F.2d 877, 879 (11th Cir. 1990) (per curiam)]

03) The law, which enabled the Court "... to dismiss an action ...who is immune from such relief. See 28 U.S.C. Section 1915 (e) (2)." That markedly deviated from precedents too. [*Evelyn Martinez v. Kristi Kleaners, Inc., Et. Al.*, 11th Cir. No. 02-16019 (Appealed from the United States' District Court for the Southern District of Florida No. 02-80933-CV-DTKH); *Meltzer v. Lecraw*, 402 U.S. 936 (1971)] Excerpts from them read thus, respectively:

"An affidavit addressing the statutory language should be accepted by the court, absent a serious misrepresentation, and need not show that the litigant is "absolutely destitute" to qualify for indigent status under Section 1915. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 338-40, 69 S.Ct. 85, 88-89 (1948)... In other words, the statute is not to be construed such that potential litigants are forced to become public charges or abandon their claims because of the filing fee requirements..."

"On March 2, 1971, this Court decided *Boddie v. Connecticut*, 401 U.S. 371, holding that Connecticut could not consistently with the Due Process and Equal Protection Clauses deny access to its divorce courts to indigents unable to pay relatively small filing and service of process fees. We now have eight other cases pending on appeal or on petition for writ of certiorari in which indigents were denied access to civil courts because of their poverty."

04) The "Plaintiff Chukwuma E. Azubuko Is An Enjoined Litigant With a Substantial History of Vexatious and Frivolous Litigation"

The Plaintiff would only described the matter in question as pure "construction of reality." Vexatious or not, the legal system of the United States was *adversarial* in nature and not *inquisitorial*. Could the truth be tested to avoid calculated prostitution of time and saliva? The Plaintiff would justify any case he filed even before GOD, let alone any judge.

05) The so-called Judge Young's Order was flatly and mountainously unconstitutional. It was apish, Saddam Hussienistic and Osamaistic. In brief, it was tantamount to judicial terrorism. The [concerted] determination to emerge out of Stone Age never meant that mankind ran out of stones. The Plaintiff had no legal restriction to

file any case as far as the Order was bottomlessly whimsical and unconstitutional. The United States' Constitution associated with no cap on number of cases one should file. Control!! Or, was the Plaintiff delusional on that sphere? Sooner, the Plaintiff would seek grant of certiorari on that mad and preposterous Order from the United States' Supreme Court. Any mediocre social scientist should know that "The search for absolute sovereignty remains a continuum."

06) "This Action is Frivolous" sounded self-opinionated to the Plaintiff. "A swallow never made a summer." Of course, sometimes, "the tongue of dogs resemble the one of mankind." A wise wo/man aimed at originality and not acting like a zoombie or "follow-follow." An intelligent, outstanding and competent minister of justice should strive to sitting down with her/his buttocks or refrain going with the stream. Going with the stream could be harmful, sometimes.

07) It was untrue that "Failure to State a Cognizable Claim" should be associated with the dismissed case. "How large is large?" Statute of limitations could be tolled or mitigated. That had happened in criminal and civil proceedings. Administration of justice could not be maximized, let alone being optimized by dint of calculated eye closure. An danced pregnancy just like mountains could not be hidden. The same applied to a city built on top of the mountain. Equally, "salt should not lose its taste" and an "eagle must be an eagle." More, "Man" and not God will be guilty." [*Leonard v. Parry*, 219 F.3d 25 (1st Cir. 2000); *Republic of Austria v. Altmann* (03-13) 541 U.S. 677 (2004) 327 F.3d 1246, affirmed]

08) To cement the dismissal order on the basis of the 11th Amendment was untrue and markedly unconstitutional. The enlarged United States' Constitution by Johnny H. Killian and George A. Costello provided for **"Suits Against States"** and **"Suits Against State Officials."** Original reality construction to the Plaintiff! [Power to Issue Writs: The Act of 1789; *Regent of the University California v. Bakke*, 438 U.S. 265 (1978); *Chisholm v. Georgia* 2 U.S. 419 (19793); *Scheuer v. Rhodes*, 416 U.S. 232 (1974); *Kevin Chen v. Superior Court of California* (April 10, 1997); *Wills v. Brassell*, 220 Ga. App. 348, 469 S.E.2d 733 (1996); M.G.L.c. 258 Sections 1-10; "Failure to Train as a Theory of Section 1983 Liability…; *McQurter v. City of Atlanta*, 572 F.Supp. 1401 (N.D. Ga. 1983)] The anonymous court's employee who created the spurious ruling

should come down to the earth! Selective enforcement of the law never augured well for humanity. The Plaintiff would essay or try not to approach justice with 'two-tongue in one mouth mindset. Throughout history, who had been allergic to justice? Justice was likenable to water and nobody had been allergic to it [all things being equal]

09) "Lack of jurisdiction" recourse was a palpable distortion. The 11th Circuit provided extensive information on that, therefore, Rooker-Feldman doctrine never justified the dismissal measure. Rooker-Feldman was synonymous to res judicata. They had qualifications. The Plaintiff knew what he was driving at and intentionally refrained from particularization on the doctrines. On them, the grass would not grow under the feet of the Plaintiff, at all material times. In case the Deputy Clerk needed more handholding on that, the Plaintiff would provide it humbly [and majestically] Succinctly, the doctrines had unavoidable QUALIFICATIONS for them to prevail.

10) "Sanctions are Warranted For Knowing Violation of Court Order" represented intentional infliction of emotional distress and obstruction of justice. The Plaintiff, at all material times would obey constitutional Orders. The Plaintiff would not allow anyone to deprive him of his constitutional rights and not privileges. [First Amendment; Fifth Amendment...] The Deputy Clerk should feel her/his ears burning and refrain from acting like the Biblical Jezebel or Saddam Hussien. The world was not adequate for anyone and human being should not be equated with goats. Of course, nobody had monopoly to critical and creative thinking vis-à-vis the understanding of the law of the land. Glory, Judge Keeton is the Most Senior or Metusellah Judge: Factly, "handsome is that, which handsome does." Being elderly had been a virtue! It never meant condescension to group judicial decision, which had no grain of constitutional significance, discriminatory and preposterous. The Plaintiff to expected highest standard from him jurisprudentially! An elderly should not abuse the soup. Well, life had been characterized with unquantifiable variables. The knife with edge could be blunt and the edgeless one could be sharp. Surely, a wo/man represented in/visible others or more than her/him self. Hopefully, Judge Keeton was not ignorant of that! More, "...The Plaintiff had Masters in Education from the University of Massachusetts, and was a substitute teacher for the Boston Public Schools, earning approximately $600 bi-weekly." Was it untrue? The Plaintiff would not erase the indelible institutionalize racism in all facets of

life in Massachusetts and despite tenacious claims on the Christianity values. 'Two-tongue in one mouth propensities to life! Indeed, babyish and hypocritical approach to life should not be promoted, so as to dwarf other salubrious or vital values. If so, then, what would one teach the youngsters? Besides China, Iraq, Iran, Nigeria, Zimbabwe, et cetera, there were many countries who should improve on their human rights.

11)   "Certification That Any Appeal Would Not Be Taken in Good Faith" was tantamount to judicial or legal terrorism again. Osama Bin Laden would have many companions if God condemned him to hell, though it was unintelligent to be judgmental. When seasonable, the Plaintiff would appeal the dismissal order if the Deputy Clerk failed to act in keeping with the [rule of] law. If s/he needed hand holding legally, the Plaintiff had painstakingly provided it with intellectual humility, intellectual courage and faith-to-reasons. Hopefully, the next decision would be intelligent [in nature] If it not were so, the Plaintiff would appeal to the First Circuit. The Plaintiff had no basis to mistrust the said Court or else the Plaintiff would appeal seek certiorari from the Supreme Court within 60-day.

## CONCLUSION

By and large, the Plaintiff effusively prayed the Court rather the anonymous Deputy Clerk to refrain from legal terrorism under the color of administration of justice. Selective administration of justice signified no "inter-generational equity." Nobody should be under the impression or illusion that s/he had the right to distort the law whenever s/he elected to do so. Importantly, nobody had monopoly to wisdom! By industriousness, Jack could be as good as his master! The world had been likened to paw-paw, when it fell on the ground, it broke – a wo/man who lumbered up her/his mind with injustice should not be under the impression that God was not watching her/him from a close distance. It remained perennially unmitigated - "I am a jealous God..." The hands of the chimpanzee should be removed from the soup, because of their resemblance to human hands. The world belonged not to anyone. Above all, could "justice be done and be seen to be done?" If not, filing notice of appeal was unavoidable [as already stated] "Man and not God will be guilty." "The hen with chickens should always opt not to sleep on top of the tree." Such a mindset hinged on *Utilitarianism* – goodness of all – and not for Azubuko alone. Christ's Ambassador/s and Ambassadoress/es should not be

an incubator for injustice. Ministers of justice should be caring experts and respect those whom they wish to silence." Jurisprudence should be all about "getting the wall of resistance" in the legal kingdom. Reiteratively, nobody had been allergic to justice. Life had never been predictable hence it was said that "tomorrow is pregnant and nobody knew what it will deliver." In essences, nobody authoritatively knew the wish of God!

Respectfully submitted on Monday – April 24th – 2006.

_____
CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

### CERTIFICATE OF SERVICE

Upon the penalties for perjury, the Plaintiff certified that a true copy was served upon the Attorney of record for the represented Defendant – Suffolk Superior Court – thus:

Annapurna Balakrishna, Esquire,
Office of the Attorney General,
Government Bureau,
One Ashburton Place,
Boston – MA 02108.

It was mailed on Monday – April 24th – 2006 via the United States' Postal Service pre-paid first-class mail.

_____
CHUKWUMA E. AZUBUKO,
Pro Se.