UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 NOV 15 P 2:55
U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO.
05-10609-RCL

AZUBUKO -
   Plaintiff

v.

SUFFOLK SERIOR COURT ET AL -
   Defendants

## CASE'S STATUS

Consciously, the Court is overwhelmed and the Plaintiff for the subject matter as promptly as possible. The inconvenience is regretted!

_____
CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston - MA 02117-1351.
Telephone: (617) 265 6291.

## CERTIFICATE OF SERVICE

The Plaintiff could not serve the Defendants central to the Court's precocious termination of the proceedings. Therefore, the Court is the Judge and Attorney for the Defendants.

_____
CHUKWUMA E. AZUBUKO,
Pro Se.

Dated: Monday – November 13th - 2006