FILED

UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2007 JAN 11  P 12: 11

U.S. DISTRICT COURT
AZUBUKO DISTRICT OF MASS

v.                                    DOCKET NUMBER: 05-10609-RCL

SUFFOLK SUPERIOR COURT, ET AL.

## PLAINTIFF'S SECOND CASE'S STATUS VERIFICATION

The Plaintiff would like the Court to act in keeping with the head or subject matter. Being reticent on it would not be useful and helpful.

The Court's last action on the proceedings was dated April 06th – 2006. Characteristically, the Plaintiff submitted 'Motion for Reconsideration.' Hitherto, there had been no action [on the part of the Court]

The striking holding for dismissal amongst others was statute of limitations. By and large, statute of limitations never barred jurisdiction. There existed practically countless precedents vis-a-vis the Plaintiff's stance. It associated not with feelings, but palpable thinkings. [*Eberhart v. United States*, 546 U.S. _____ (2005); *Ortega-Rodriguez v. United States* – Petitioners absconded, re-arrested and got certiorari - 507 U.S. 234 (1993); Houston v. Lack, 487 U.S. 266 (1998); *National Railroad Passenger Corp. v. Morgan – Morganwill* - 536 U.S. 101 (2002); *Agostini v. Felton*, 117 S. Ct. 1997, 138 L.Ed.2d 391 (1997) – re-opened after 10-year; Rathbun v. Autozone, Inc., No. 03-1530, 2004 WL 528310 (1st Cir. Mar. 18, 2004)]

### CONCLUSION

Time, by and large expiration of time was not an enemy to fair administration of justice! The Court had to take a stance. In essence, the reticent approach appeared resoundingly unreasonable and unfavorable to the necessary parties. It amounted to intentional obstruction of justice! The Plaintiff

effusively prayed the Court to take a stand on the proceedings as promptly as possible. It would either be un/favorable: in most cases, the former tended to prevail.

Respectfully submitted on Monday – January 08th – 2007.

_____
CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.


**CERTIFICATEOF SERVICE**


The Plaintiff would not serve a copy of the head to the Defendants-Appelllees. That Court had acted as their free-Attorney from the outset.

_____
CHUKWUMA E. AZUBUKO,
Pro Se.