**UNITED STATES' DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL NUMBER: 1:05-CV-10609-RCL**

**AZUBUKO**

v

**SUFFOLK SUPERIOR COURT**

**PLAINTIFF'S MOTION TO RE-OPEN**

The Plaintiff prayed the Court to act expeditiously in keeping with the head! It should not be seen as a frivolous measure; it was lawful [without more] [Fed. R. Civ. P. 59(b) and (e); Fed. R. Civ. 60(b)]

By and large, the Court by design had exposed the Plaintiff to numberless *injury of law* under the color of fair administration of justice.

Glory, the Plaintiff knew the lawful lasting cure to the Chernobyl nuclear weapon-like injustice, which the Court luxuriated in without a grain of moral qualm. Unsurprisingly, "A wo/man has forgotten the seed/s of her/his womb: consciously, one day darkness would turn into lightness central to prodigalities of God's love, grace and mercy. Indeed, God never forgot anyone and He never slept. If He slept, one eye would be opened!

Respectfully submitted on Wednesday – June 13th – 2007

CHUKWUMA E AZUBUKO
Pro Se

**CERTIFICATE OF SERVICE**

The Plaintiff did not serve the Defendant: the Court had acted its free-Attorney.

CHUKWUMA E AZUBUKO
Pro Se