**UNITED STATES' DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
           FILED
     IN CLERKS OFFICE

     2007 AUG -2  A II: 37

     U.S. DISTRICT COURT
      DISTRICT OF MASS.
```

NUMBER: 1:05-cv-10609-RCL

AZUBUKO

v

SUFFOLK SUPERIOR COURT ET AL

**PLAINTIFF'S NOTICE OF APPEAL TO THE FIRST CIRCUIT**

The Plaintiff received the Court's denial order to the Plaintiff's 'Plaintiff Motion To Re-Open' dated July 25th – 2007 and postmarked 26th *instant* on 28th *instant*.

_____
CHUKWUMA E AZUBUKO
Pro Se
P O Box 1351
Boston – Ma 02117-1351
Telephone: (617) 265 6291

cc: Annapurna Balakrishna
Assistant Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston – Ma 02108

Dated: Monday – July 30th - 2007