UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 05-cv-10609

Chukwuma E. Azubuko

v.

Suffolk Superior Court

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

6-21

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/2/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 8, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/8/07 .

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10609-RCL
### Internal Use Only

Azubuko v. Suffolk Superior Court et al
Assigned to: Judge Reginald C. Lindsay
Cause: 42:1981 Civil Rights



Date Filed: 03/28/2005
Date Terminated: 04/06/2006
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Chukwuma E. Azubuko**     represented by   **Chukwuma E. Azubuko**
P.O. Box 1351
Boston, MA 02117-1351
617-265-6291
PRO SE

V.

**Defendant**

**Suffolk Superior Court**   represented by   **Annapurna Balakrishna**
Office of the Attorney General
Government Bureau
1 Ashburton Place
Boston, MA 02108
617-727-2200 ext.2678
Fax: 617-727-5785
Email: annapurna.balakrishna@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2005 | 6 | Case transferred in from District of Western District of Michigan (Grand Rapids); Case Number 1:05-cv-00128-RAE. Original file with documents |

| | | |
|---|---|---|
| | | numbered 1-5, certified copy of transfer order and docket sheet received. (Attachments: # 1 Docket Sheet) (Stanhope, Don) (Entered: 04/01/2005) |
| 03/28/2005 | 7 | COMPLAINT against Suffolk Superior Court, United States of America Filing fee: , filed by Chukwuma E. Azubuko.(Stanhope, Don) (Entered: 04/22/2005) |
| 03/28/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to New Magistrate Judge. (Stanhope, Don) (Entered: 04/22/2005) |
| 08/24/2005 | 8 | Judge Reginald C. Lindsay : ORDER entered. Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the above entitled action will be dismissed without prejudice in twenty (20) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.(Hourihan, Lisa) (Entered: 08/24/2005) |
| 08/29/2005 | 9 | Response by Chukwuma E. Azubuko to 8 Order,. (York, Steve) (Entered: 08/30/2005) |
| 11/03/2005 | | Summons Reissued as to Suffolk Superior Court, United States of America. (York, Steve) (Entered: 11/03/2005) |
| 01/04/2006 | 10 | NOTICE of Appearance by Annapurna Balakrishna on behalf of Suffolk Superior Court (York, Steve) (Entered: 01/04/2006) |
| 01/05/2006 | 11 | Affidavit/Proof/Return of Service (York, Steve) (Entered: 01/17/2006) |
| 04/06/2006 | 12 | Judge Reginald C. Lindsay : MEMORANDUM AND ORDER entered: This action is dismissed with prejudice in its entirety; A further monetary sanction of $1000 is imposed against the Plaintiff, which shall be paid to the Clerk of the United States District Court for the District of Massachusetts within thirty (30) days of the date of this Memorandum and Order; and Plaintiff is enjoined from filing further civil actions until the monetary sanction is paid in full or unless a judge of this Court otherwise orders; and (3) The Court hereby certifies that any appeal by Plaintiff would not be taken in good faith.(PSSA, 1) Modified on 4/7/2006 to correct typographical error in Memorandum and Order(PSSA, 1). (Entered: 04/07/2006) |
| 04/06/2006 | 13 | Judge Reginald C. Lindsay : ORDER entered. ORDER DISMISSING CASE(PSSA, 1) (Entered: 04/07/2006) |
| 05/02/2006 | 14 | Plaintiff's first Motion for Reconsideration or Three-Judge District Court by Chukwuma E. Azubuko.(York, Steve) (Entered: 05/02/2006) |
| 06/05/2006 | 15 | Plaintiff's Addendum re 14 MOTION for Reconsideration by Chukwuma E. Azubuko. (York, Steve) (Entered: 06/06/2006) |
| 06/06/2006 | 16 | Judge Reginald C. Lindsay : ORDER entered denying 14 Motion for Reconsideration: For the reasons set forth in the Order, and for the reasons exhaustively set forth in the Memorandum and Order (#12), this Court |

|  |  |  |
|---|---|---|
|  |  | finds Plaintiff's First Motion for Reconsideration or Three-Judge District Court (#14) to be utterly without merit, and is therefore denied. This denial is with prejudice. Plaintiff is advised that he is prohibited from filing a "Second" Motion for Reconsideration which asserts any of the same grounds contained in his "First" motion.(PSSA, 1) (Entered: 06/08/2006) |
| 06/15/2006 | 17 | Plaintiffs, Second Motion for Reconsideration by Chukwuma E. Azubuko.(York, Steve) (Entered: 06/15/2006) |
| 07/26/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered denying 17 Motion for Reconsideration (York, Steve) (Entered: 07/26/2006) |
| 11/15/2006 | 18 | Letter from Chukwuma E. Azubuko. (York, Steve) (Entered: 11/16/2006) |
| 01/11/2007 | 19 | Letter from Chukwuma E. Azubuko. (York, Steve) (Entered: 01/11/2007) |
| 06/19/2007 | 20 | MOTION to Reopen Case by Chukwuma E. Azubuko.(York, Steve) (Entered: 06/19/2007) |
| 07/25/2007 |  | Judge Reginald C. Lindsay : Electronic ORDER entered denying 20 Motion to Reopen Case (Hourihan, Lisa) (Entered: 07/26/2007) |
| 08/02/2007 | 21 | NOTICE OF APPEAL by Chukwuma E. Azubuko. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/22/2007. (York, Steve) (Entered: 08/06/2007) |