# United States Court of Appeals
## For the First Circuit

No. 07-2231

CHUKWUMA E. AZUBUKO

Plaintiff - Appellant

v.

SUFFOLK SUPERIOR COURT; UNITED STATES

Defendants - Appellees

Before

Lynch, Chief Judge,
Torruella and Boudin, Circuit Judges.

JUDGMENT

Entered: July 2, 2008

    After carefully reviewing the record, we find no error in the district court's denial of appellant's motion to reopen -- the only ruling as to which the notice of appeal is timely. First, treating the motion as having been based on Fed. R. Civ. P. 60(b), it is plain that it was not filed within a reasonable time. See Fed. R. Civ. P. 60(c)(1). Second, the motion is incomprehensible and, thus, meritless. As a result, the district court did not err in denying it.

    Summarily affirmed. See Local Rule 27.0(c). All pending motions are denied as moot.

By the Court:

/s/ Richard Cushing Donovan, Clerk